## Johnson Oil Burner Sales Company, Appellant, v. Herbert H. Nottke, Trading as Century Casket Company, Appellee.

### Gen. No. 42,560.

Burke, P. J., dissents.

opinion filed June 30, 1943; rehearing denied December 8, 1943. G. Donald White-house, for appellant; Aaron Taymor, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''